**John L. SHERER, Petitioner–Appellant,**

v.

**Commonwealth of VIRGINIA, Respondent–Appellee.**

**No. 01–6733.**

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 30, 2001.

John L. Sherer, pro se. Robert H. Anderson, III, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

John L. Sherer appeals the district court's order denying relief without prejudice on his 28 U.S.C. § 2241 (1994) petition claiming that he has been denied the right to a speedy trial. Even if the district court had jurisdiction over Sherer's pretrial habeas corpus petition, *Braden v. 30th Judicial Circuit Court,* 410 U.S. 484, 489, 93 S.Ct. 1123, 35 L.Ed.2d 443 (1973), Sherer has been declared incompetent so it would not be possible to move forward with the trial. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument

because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*